A12A2469. COSMO v. THE STATE.
(759 SE2d 622)

BOGGS, Judge.

In *State v. Cosmo*, 295 Ga. 76 (757 SE2d 819) (2014) ("*Cosmo II*"), the Supreme Court reversed Division 1 of our opinion in *Cosmo v. State*, 320 Ga. App. 397 (739 SE2d 828) (2013) ("*Cosmo I*"). We therefore vacate Division 1 of our earlier opinion and adopt the opinion of the Supreme Court as our own with respect to that division. While sufficient evidence supports Cosmo's conviction under OCGA § 16-12-100.2 (d) (1), he is entitled to a "retrial as a result of the trial court's failure to charge on entrapment." *Cosmo II*, 295 Ga. at 76, n. 1.

*Judgment reversed. Doyle, P. J., and Andrews, P. J., concur.*

DECIDED JUNE 11, 2014.

*Adam M. Hames*, for appellant.

*Herbert E. Franklin, Jr., District Attorney, Alan C. Norton, Assistant District Attorney*, for appellee.